**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6589**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TIMOTHY ALAN OVERCASH,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:16-cr-00260-RJC-DSC-1)

---

Submitted:  August 22, 2024           Decided:  August 27, 2024

---

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Timothy Alan Overcash, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Alan Overcash appeals the district court's order denying his third motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and conclude that the district court did not abuse its discretion in denying Overcash's motion.  *See United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024) (stating standard).  Accordingly, we affirm the district court's order. *United States v. Overcash*, No. 3:16-cr-00260-RJC-DSC-1 (W.D.N.C. May 30, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*